# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DAVID COSTON, | § | No. 371, 2015 |
| | § | |
| Defendant-Below, | § | |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID. No. 1407012867 |
| | § | |
| Plaintiff-Below, | § | |
| Appellee. | § | |

Submitted: April 13, 2016
Decided: April 15, 2016

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## **ORDER**

This 15th day of April, 2016, having considered this matter on the briefs filed by the parties, the Court has concluded that the final judgment of the Superior Court should be affirmed for the reasons stated in its August 25, 2015 transcript ruling.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice